IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RON GOLAN and DORIT GOLAN, individually and on behalf of all others similarly situated,<br>　　　Plaintiffs,<br><br>v.<br><br><br>VERITAS ENTERTAINMENT, LLC, *et al.*,<br>　　　Defendants. | Case No. 4:14-cv-00069-ERW<br><br>Judge E. Richard Webber, Jr. |

**MISSION CITY MANAGEMENT, INC.'S AND
COURAGE 2012, LLC'S MOTION TO DISMISS**

　　Plaintiffs failed to allege facts to support their claims that defendants Mission City Management, Inc. and Courage 2012, LLC violated the Telephone Consumer Protection Act and Missouri's Telemarketing No-Call List Act.  For the reasons set forth in the memorandum filed contemporaneously herewith, Mission City and Courage 2012 move this Court to dismiss them with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).


Dated:  January 31, 2014　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　VENABLE LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Jacobs
　　　　　　　　　　　　　　　　　　　　　　　Ronald M. Jacobs, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　　　Molly T. Cusson, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　　　Ari N. Rothman, *Admission Pending*
　　　　　　　　　　　　　　　　　　　　　　　575 7th Street, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 344-4000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 344-8300
　　　　　　　　　　　　　　　　　　　　　　　rmjacobs@venable.com
　　　　　　　　　　　　　　　　　　　　　　　mtcusson@venable.com
　　　　　　　　　　　　　　　　　　　　　　　anrothman@venable.com

1

and

**STINSON LEONARD STREET LLP**

Cicely I. Lubben #53897
Kimberly M. Steuterman #59609
Stinson Leonard Street LLP
cicely.lubben@stinsonleonard.com
kimberly.steuterman@stinsonleonard.com
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone:  (314) 863-0800
Facsimile:  (314) 863-9388

*Attorneys for Defendants*
*Mission City Management, Inc. and*
*Courage 2012, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of January, 2014 this document was electronically filed via the Court's CM/ECF system and served on all counsel of record who will receive a notification of such filing by email.

 /s/ Ronald M. Jacobs
*Counsel for Defendants*
*Mission City Management, Inc. and*
*Courage 2012, LLC*