UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RON GOLAN and DORIT GOLAN, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:14CV00069 ERW<br>) |
| VERITAS ENTERTAINMENT, LLC, et al., | )<br>)<br>) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter comes before the Court on the parties' "Joint Motion for Extension of Time to Respond to Defendants' Motions to Dismiss" [ECF No. 28].

On December 4, 2013, Plaintiffs Ron Golan and Dorit Golan ("Plaintiffs"), on behalf of themselves and as representatives of others similarly situated, filed in the Twenty-First Judicial Circuit, St. Louis County, Missouri, an Amended Class Action Petition, bringing claims arising under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq., against several defendants, including Mission City Management, Inc.("Mission City"), Courage 2012, LLC ("Courage") and James R. Leininger ("Leninger"), a manager of Mission City [ECF No. 4]. Subsequently, Defendant Mission City removed the action to this Court pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1453 [ECF No. 1].

On January 31, 2014, Mission City and Courage filed "Mission City Management, Inc.'s and Courage 2012, LLC's Motion to Dismiss," claiming Plaintiffs failed to allege facts to support their claims that they violated the TCPA and Missouri's Telemarketing No-Call List Act [ECF No. 21]. In the present motion for extension of time, Plaintiffs, Mission City, Courage, and

Leninger jointly move the Court to enter an Order: 1) permitting Lenininger to file his response to the Amended Complaint on or before February 14, 2014; 2) permitting Plaintiffs to respond to the Motion to Dismiss, and any motion filed by Leninger on or before February 28, 2014; and 3) permitting the defendants to file their reply briefs on or before March 14, 2014. The Court will grant the parties' Joint Motion for Extension of Time.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' "Joint Motion for Extension of Time to Respond to Defendants' Motions to Dismiss" [ECF No. 28] is **GRANTED**. Defendant James R. Leininger shall file his response to Plaintiffs' Amended Class Action Complaint on or before February 14, 2014. Plaintiffs shall respond to "Mission City Management, Inc.'s and Courage 2012, LLC's Motion to Dismiss" [ECF No. 21], and any motion filed by Defendant James R. Leininger, on or before February 28, 2014. Defendants shall file any reply briefs in support of their motions on or before March 14, 2014.

Dated this __7th__ day of February, 2014.

_E. Richard Webber_
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE