UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RON GOLAN and DORIT GOLAN, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>VERITAS ENTERTAINMENT, LLC, et al.,  )<br>)<br>Defendants.  ) | Case No. 4:14CV00069 ERW |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED** that "Mission City Management, Inc.'s and Courage 2012 LLC's Motion to Dismiss" [ECF No. 21] is **GRANTED**.

**IT IS FURTHER ORDERED** that "James R. Leininger's Motion to Dismiss" [ECF No. 32] is **GRANTED**.

**IT IS FURTHER ORDERED** that "Michael Dale Huckabee's Motion to Dismiss" [ECF No. 36] is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** Plaintiff's Amended Class Action Petition [ECF No. 4] is **DISMISSED, for lack of Article III standing.**

Dated this    20th    day of May, 2014.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE