# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2484

Ron Golan and Dorit Golan, individually and on behalf of all others similarly situated

Appellants

v.

Veritas Entertainment, LLC, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-00069-ERW)
_____

## MANDATE

In accordance with the opinion and judgment of 06/08/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 30, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit