UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RON GOLAN and DORIT GOLAN,** )<br>)<br>   **Plaintiffs,** )<br>)<br>v. )<br>)<br>**VERITAS ENTERTAINMENT, LLC, et** )<br>**al.,** )<br>)<br>   **Defendants.** ) | No. 4:14CV-00069-ERW |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS BOB BREWER AND SIXDI, INC.

Plaintiff Ron and Dorit Golan, pursuant to Federal Rule of Civil Procedure 41(a)(A)(1), file this notice of dismissal without prejudice of Defendants Bob Brewer and SixDi, Inc.

1. Defendants Bob Brewer and SixDi, Inc., were originally named as defendants when this case was filed and pending in the St. Louis County Circuit Court.

2. Defendants Bob Brewer and SixDi, Inc., were never served with process.

3. After the case was removed to this District Court, Plaintiffs filed a Second Amended Class Action Complaint and dropped Bob Brewer and SixDi as defendants. The Second Amended Class Action Complaint mentioned Bob Brewer and SixDi in the section of the pleading titled "**THE PARTIES AND RELEVANT THIRD PARTIES**," and elsewhere, but intentionally did not identify them as defendants.  (Doc. 82 ¶¶ 17-18, 75, 78.)

4. Bob Brewer and SixDi have never served an answer or a motion for summary judgment in this action.

5. However, counsel from the Venable LLP law firm has stated that he believes that these two persons are still defendants and that no scheduling conference should occur until after these two persons have been served and have answered.

6. To avoid even the risk of further delay, Plaintiffs are filing this notice of dismissal without prejudice as allowed by Federal Rule of Civil Procedure 41(a)(A)(1) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.")

WHEREFORE, Plaintiffs Ron and Dorit Golan voluntarily dismiss without prejudice Defendants Bob Brewer and SixDi from this lawsuit.

SCHULTZ & ASSOCIATES LLP

By: /s/ Robert Schultz
Robert Schultz, #35329MO
Ronald J. Eisenberg, #48674MO
640 Cepi Drive, Suite A
Chesterfield, MO  63005
636-537-4645
Fax:  636-537-2599
rschultz@sl-lawyers.com
reisenberg@sl-lawyers.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2016, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

/s/ Robert Schultz