

**ccAdvertising**
Constituent Research & Data Acquisition
5900 Fort Drive • Suite 302 • Centreville, VA 20121

| | Date | Invoice # |
|---|---|---|
| | 9/5/2012 | 4065 |

Bill To

| |
|---|
| Veritas Entertainment |
| Attn: Steve Griffin |
| 830 Crescent Centre Drive |
| Suite 140 |
| Franklin, TN 37067 |

| P.O. No. | Terms | CID |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Artificial Intelligence Call Survey; Last Ounce of Courage Campaign Universe Targeted: 4,000,000 Homes | 248,500.00 | 248,500.00 |
| | Email to Text (ETT) Messages Last Ounce of Courage Campaign Universe Targeted: 30,000,000 Cell Phones | 30,000.00 | 30,000.00 |
| | * ccAdvertising will make all reasonable attempts to ensure delivery of a message to mobile phone providers but cannot guarantee the delivery due to factors beyond its control, including, but not limited to, mobile network congestion, local number portability, SPAM filtering, and end-user text messaging blocks. These failed messages may or may not appear as "bounced" messages in the return e-mail inbox. For more information, please contact ccAdvertisment. | | |
| | Receipt of Wire Transfer on September 7, 2012 of $100,000.00 Receipt of Wire Transfer on September 14, 2012 of $100,000.00 | | |
| | Invoice Total: $78,500.00 Payment Terms: Due on Receipt | | |
| REVISED to reflect amended universe. | | **Total** | $278,500.00 |
| | | **Balance Due** | $78,500.00 |

Ex. 1