**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RON GOLAN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14CV00069 ERW |
| ) | |
| VERITAS ENTERTAINMENT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On May 24, 2017, the Court approved, in part, Plaintiffs' notice plan to potential class members in this matter. The Court ordered Plaintiffs to provide a timeline for the actions to be taken in the notice plan. The parties have agreed to the following plan.

a. Post card notices will be mailed by June 19, 2017;

b. Class members will be required to submit requests for exclusion from the class by July 19, 2017;

c. Plaintiffs shall obtain forwarding addresses for any class member whose postcard is undeliverable or returned. If no forwarding address is found, then Plaintiffs shall send email notice to such class member. Email notice is not otherwise required, but Plaintiffs shall provide all of the underlying data reflecting the activity set forth in this paragraph to Defendants upon receipt of such data by Plaintiffs;

d. The website for the class action will go live within three days of any order directing notice, and will remain live until further order of the Court; and Plaintiffs shall produce to Defendants all data reflecting impressions and visits to the website no later than July 19, 2017.

With the agreement of the parties as to the dates and the additional courts, the Court has reviewed the timeline and finds they will provide sufficient notice to class members and sufficient time for class members to object, if desired. The timeline is approved by this Court.

So Ordered this 8th Day of June, 2017.

*[signature: E. Richard Webber]*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE