# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RON GOLAN and DORIT GOLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VERITAS ENTERTAINMENT, LLC, *et al.*,<br><br>Defendants. | Case No. 4:14-cv-0069-ERW<br><br>Judge E. Richard Webber |

## DR. JAMES R. LEININGER'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant Dr. James R. Leininger respectfully moves for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a) because plaintiffs failed to meet their burden to produce evidence from which a reasonable jury could find Dr. Leininger liable as a Courage 2012 corporate officer or through agency theories of liability.

The grounds of this Motion are set forth in Dr. Leininger's Memorandum in support of his Motion for Judgment as a Matter of Law.  Dr. Leininger also incorporates.  Dr. Leininger also incorporates into this Motion his argument in support of this Motion set forth in the record orally on August 14, 2017.

WHEREFORE, defendant Dr. James R. Leininger respectfully requests that judgment as a matter of law be entered in his favor and against plaintiffs.


Dated:  August 14, 2017                     Respectfully submitted,


                                                         /s/ Justin B. Nemeroff
                                                       Ari N. Rothman (#481334DC)
                                                       Brian Schwalb (*pro hac vice*)
                                                       Danielle E. Sunberg (*pro hac vice*)
                                                       Justin B. Nemeroff (*pro hac vice*)

Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
anrothman@venable.com
blschwalb@venable.com
desunberg@venable.com
jbnemeroff@venable.com

Nicci J. Warr (#53897)
Stinson Leonard Street LLP
7700 Forsyth Blvd. Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4521
Fax: (314) 259-4470
clubben@stinson.com

*Attorneys for Defendant Dr. James Leininger*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 14th day of August, 2017, electronically filed DR. JAMES R. LEININGER'S MOTION FOR JUDGMENT AS A MATTER OF LAW with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

                                                    */s/ Justin B. Nemeroff*
                                                    Justin B. Nemeroff