# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RON GOLAN, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CV00069 ERW |
| VERITAS ENTERTAINMENT, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Directed Verdict against Defendant Gabriel S. Joseph, III, Defendants' Motions for Judgment as a Matter of Law [ECF Nos. 420, 422, 424] and Gabriel S. Joseph, III, AIC Communications, LLC and FreeEats.com's Motion for Judgment as a Matter of Law and for Reconsideration of the Court's Rulings on the Issues of Consent and Telemarketing at the Close of Evidence [ECF NO. 426].

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Directed Verdict as to Defendant Gabriel S. Joseph, III is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motions for Judgment as a Matter of Law [ECF Nos. 420, 422, 424] are **DENIED**.

**IT IS FURTHER ORDERED** that Gabriel S. Joseph, III, AIC Communications, LLC and FreeEats.com's Motion for Judgment as a Matter of Law and for Reconsideration of the Court's Rulings on the Issues of Consent and Telemarketing at the Close of Evidence [ECF NO. 426] is **DENIED**.

Dated this 14th Day of August, 2017.

*E. Richard Webber*
_____

1

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE