**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RON GOLAN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14CV00069 ERW |
| ) | |
| VERITAS ENTERTAINMENT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Dismiss Defendants Courage 2012, LLC, Veritas Marketing Group, LLC and Stephen Wayne Griffin.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs' Motion to Dismiss Defendants Courage 2012, LLC, Veritas Marketing Group, LLC and Stephen Wayne Griffin is **GRANTED**. All claims against Defendants Courage 2012, LLC, Veritas Marketing Group, LLC and Stephen Wayne Griffin are **DISMISSED**, **with prejudice**.

Dated this 15th Day of August, 2017.

*E. Richard Webber*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE

1