**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RON GOLAN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14CV00069 ERW |
| ) | |
| VERITAS ENTERTAINMENT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the oral motions granted on August 14, 2017, and August 16, 2017, and the jury's verdict on August 16, 2017,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is **GRANTED**, in favor of Plaintiffs, against AIC Communications, LLC, and FreeEats.com, Inc

**IT IS FURTHER ORDERED** that all claims against Defendants Gabriel Joseph, III, Stephen Wayne Griffin, Veritas Marketing Group, LLC, Courage 2012, LLC, and James R. Leininger are **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED** that a hearing will be held on August 29, 2017, at 11:00 a.m. in Courtroom 17 South to determine the amount of damages to be assessed against AIC Communications, LLC, and FreeEats.com, Inc. An amended judgment will follow after Court findings are made on the amount of damages awarded to Plaintiffs.

Dated this 18th Day of August, 2017.

_E. Richard Webber_

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE