# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RON GOLAN, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:14CV00069 ERW |
| VERITAS ENTERTAINMENT, LLC, et al., | ) |
| Defendant(s). | ) |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendant Veritas Entertainment, LLC., since the Second Amended Complaint was filed on August 6, 2015.

**IT IS HEREBY ORDERED** Plaintiffs shall file, no later than **August 31, 2017**, appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, as to said Defendant.

So Ordered this 23nd day of August, 2017.

_E. Richard Webber_

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE