IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RON GOLAN and DORIT GOLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VERITAS ENTERTAINMENT, LLC, *et al.*,<br><br>Defendants. | Case No. 4:14-cv-0069-ERW<br><br>Judge E. Richard Webber |

## DECLARATION OF GABRIEL S. JOSEPH III

I, Gabriel S. Joseph III, declare as follows:

1. I am over the age of 18 years old. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. I am a founding owner and manager of AIC Communications, LLC and a founding owner and director of FreeEats.com, Incorporated. These two companies are collectively referred to in this declaration as "ccAdvertising."

3. AIC Communications, LLC is a Delaware limited liability company that is no longer in good standing and ceased doing business effective June 1, 2017. *See* Exhibit B, at 1.

4. FreeEats.com, Inc. is a Delaware corporation that has not filed an annual report for fiscal year 2016. It owes over $107,000 in taxes. *See* Exhibit B, at 2.

5. Neither company has any employees.

6. Neither company conducts any operations.

7. Neither company has any source of revenue.


DEFENDANT'S EXHIBIT B

8. For both companies, the existing liabilities to creditors, both secured and unsecured, exceed any assets the companies might have.

9. This will be the final year that either company files an annual tax return.

10. Both companies began the winding up and dissolution process in 2015. These processes are anticipated to be completed in late 2017 or 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2017

_____

Gabriel S. Joseph III

8/25/2017                                              Division of Corporations - Filing

 e.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

Allowable Characters

View Search Results

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4846821 | Incorporation Date / Formation Date: | 7/22/2010 (mm/dd/yyyy) |
| Entity Name: | AIC COMMUNICATIONS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Cease Good Standing | Status Date: | 6/1/2017 |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | $ 522.50 |
| Annual Tax Assessment: | $ 300 | Total Authorized Shares: | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | **CORPORATION SERVICE COMPANY** |
| Address: | **251 LITTLE FALLS DRIVE** |
| City: | **WILMINGTON**   County: **New Castle** |
| State: | **DE**   Postal Code: **19808** |
| Phone: | **302-636-5401** |

### FILING HISTORY (Last 5 Filings)

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | LLC | 1 | 7/22/2010 | 4:33 PM | 7/22/2010 |

Back to Entity Search | Email Status

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**EXHIBIT B**

https://icis.corp.delaware.gov/Ecorp/EntitySearch/EntitySearchStatus.aspx?i=4846821&d=y                  1/1

8/25/2017 — Division of Corporations - Filing



Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

View Search Results

## Entity Details

| Field | Value | Field | Value |
|---|---|---|---|
| File Number: | 3222540 | Incorporation Date / Formation Date: | 5/3/2000 (mm/dd/yyyy) |
| Entity Name: | FREEEATS.COM, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | AR Delinquent, Tax Due | Status Date: | 3/2/2017 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2015 | Tax Due: | $ 107404.58 |
| Annual Tax Assessment: | $ 37675 | Total Authorized Shares: | 5000000 |

**REGISTERED AGENT INFORMATION**

| Field | Value | Field | Value |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Stock Corporation | 5 | 5/3/2000 | 4:30 PM | 5/3/2000 |

Back to Entity Search | Email Status

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov