

**GorePerry**
REPORTING & VIDEO
(314) 241-6750  800-878-6750
Fax (314) 241-5070

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86406 | 10/26/2016 | 73036 |
| Job Date | Case No. | |
| 10/20/2016 | 4:14-CV-00069 | |
| Case Name | | |
| Ron Golan and Dorit Golan, et al. vs. Veritas Entertainment, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Ari N. Rothman
Venable, LLP
575 Seventh Street, NW
Washington DC  20004

Deposition of
Dorit Golan                                                                                     173.65
    Attendance of Reporter              1.00              @     60.00     60.00
    Reporter- Certification                  1.00  Witness  @      5.00      5.00
    Condensed Transcript (4 per page) w/word index     1.00  File(s)
    Exhibits b/w PDF                        25.00 Pages   @      0.50     12.50
(TAXABLE  $226.15)

                                        **TOTAL DUE  >>>                $251.15**

PAYMENT IS DUE UPON RECEIPT.  **PLEASE NOTE NEW REMITTANCE ADDRESS***
THANK YOU!

**Tax ID:** 43-1371211                                                                                               Phone: 202.344.4220   Fax:

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 Seventh Street, NW
Washington DC  20004

Job No.     : 73036              BU ID       : GorePerry
Case No.    : 4:14-CV-00069
Case Name   : Ron Golan and Dorit Golan, et al. vs. Veritas
              Entertainment, LLC, et al.
Invoice No. : 86406              Invoice Date : 10/26/2016
**Total Due  : $ 251.15**

Remit To:  **Gore Perry Reporting & Video**
          **Attn:  Accounts Receivable**
          **P.O. Box 420247**
          **Atlanta GA  30342**

| **PAYMENT WITH CREDIT CARD** | MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



**GorePerry**
REPORTING & VIDEO
(314) 241-6750   800-878-6750
Fax (314) 241-5070

Ari N. Rothman
Venable, LLP
575 Seventh Street, NW
Washington DC  20004

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86411 | 10/26/2016 | 73037 |
| Job Date | Case No. | |
| 10/21/2016 | 4:14-CV-00069 | |
| Case Name | | |
| Ron Golan and Dorit Golan, et al. vs. Veritas Entertainment, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

| | | | | |
|---|---|---|---|---|
| Deposition of | | | | |
| Ron Golan | | | | 359.95 |
|    Attendance of Reporter | 1.00 | | @ 87.50 | 87.50 |
|    Reporter- Certification | 1.00 | Witness | @ 5.00 | 5.00 |
|    Condensed Transcript (4 per page) w/word index | 1.00 | File(s) | | |
|    Exhibits b/w PDF | 286.00 | Pages | @ 0.50 | 143.00 |
|    UPS GROUND | 1.00 | Package | @ 15.00 | 15.00 |
| (TAXABLE  $570.45) | | | | |
| | | | **TOTAL DUE  >>>** | **$610.45** |

PAYMENT IS DUE UPON RECEIPT.  **PLEASE NOTE NEW REMITTANCE ADDRESS***
THANK YOU!

**Tax ID:** 43-1371211                                                                                                 Phone: 202.344.4220   Fax:

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 Seventh Street, NW
Washington DC  20004

Job No.       : 73037          BU ID         : GorePerry
Case No.      : 4:14-CV-00069
Case Name     : Ron Golan and Dorit Golan, et al. vs. Veritas
                Entertainment, LLC, et al.
Invoice No.   : 86411          Invoice Date  : 10/26/2016
**Total Due   : $ 610.45**

**Remit To:** **Gore Perry Reporting & Video**
          **Attn: Accounts Receivable**
          **P.O. Box 420247**
          **Atlanta GA  30342**

| PAYMENT WITH CREDIT CARD | MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

DepoTexas
100 NE Loop 410, Suite 955
San Antonio, TX 78216
Phone:210-481-7575  Fax:210-481-5252

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 432004 | 1/19/2017 | 313911 |
| Job Date | Case No. | |
| 1/11/2017 | 4:14-CV-0069-ERW | |
| Case Name | | |
| Ron Golan, et al vs. Veritas Entertainment, LLC, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC  20004-1601

1 COPY OF TRANSCRIPT OF:

Thomas W. Lyles, Jr. - Corporate Representative of Mission City Management, Inc. — 224.19

TOTAL DUE >>>   $224.19

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC  20004-1601

Job No.      : 313911        BU ID      : SAT-DT-R
Case No.     : 4:14-CV-0069-ERW
Case Name    : Ron Golan, et al vs. Veritas Entertainment, LLC, et al
Invoice No.  : 432004         Invoice Date : 1/19/2017
Total Due    : $ 224.19

Remit To: DepoTexas, Inc.
P.O. Box 4227
Houston, TX  77210-4227

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

DepoTexas
100 NE Loop 410, Suite 955
San Antonio, TX 78216
Phone: 210-481-7575  Fax: 210-481-5252

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 431986 | 1/19/2017 | 313774 |
| Job Date | Case No. | |
| 1/11/2017 | 4:14-CV-0069-ERW | |
| Case Name | | |
| Ron Golan, et al vs. Veritas Entertainment, LLC, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC 20004-1601

1 COPY OF TRANSCRIPT OF:
  W. Todd Thetford - Corporate Representative of Courage 2012, LLC          272.24

                                                        TOTAL DUE >>>    $272.24

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC 20004-1601

Job No.      : 313774        BU ID       : SAT-DT-R
Case No.     : 4:14-CV-0069-ERW
Case Name    : Ron Golan, et al vs. Veritas Entertainment, LLC, et al
Invoice No.  : 431986        Invoice Date : 1/19/2017
**Total Due** : $ 272.24

Remit To: DepoTexas, Inc.
          P.O. Box 4227
          Houston, TX 77210-4227

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

DepoTexas
100 NE Loop 410, Suite 955
San Antonio, TX 78216
Phone:210-481-7575  Fax:210-481-5252

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 431922 | 1/19/2017 | 313773 |
| Job Date | Case No. | |
| 1/10/2017 | 4:14-CV-0069-ERW | |

| Case Name |
|---|
| Ron Golan, et al vs. Veritas Entertainment, LLC, et al |

| Payment Terms |
|---|
| Due upon receipt |

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC  20004-1601

1 COPY OF TRANSCRIPT OF:
   James Leininger, M.D.

436.05

**TOTAL DUE >>>    $436.05**

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC  20004-1601

Job No.    : 313773          BU ID        : SAT-DT-R
Case No.   : 4:14-CV-0069-ERW
Case Name  : Ron Golan, et al vs. Veritas Entertainment, LLC, et al
Invoice No. : 431922         Invoice Date : 1/19/2017
**Total Due  : $ 436.05**

Remit To: **DepoTexas, Inc.**
         **P.O. Box 4227**
         **Houston, TX  77210-4227**

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:            Phone#: |
| Billing Address: |
| Zip:            Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |