**Reagan A. Fiorino, RMR, CRR**
111 S. 10th Street, Third Floor
St. Louis, MO 63102
(314) 244-7989
Tax ID: 47-3754402

---

July 12, 2017

Michele Doll
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4000

| | |
|---|---|
| | **Invoice Number**<br>**RAF 17 159** |

**Re:** Golan, et al. v. Veritas Entertainment, LLC, et al.
4:14-CV-00069-ERW
June 6, 2017 Motion Hearing

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Expedited | Transcript of Proceeding | 188.00 | 4.85 | 911.80 |
| | | Total: | | $911.80 |
| | | Paid: | | -873.00 |
| | | **Invoice total:** | | **$38.80** |

Balance due upon receipt.  Please submit prompt payment to name and address listed above.
THANK YOU!



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements
of this court and the Judicial Conference of the United States.


/s/ Reagan A. Fiorino
_____
Signature of Official Court Reporter

**Reagan A. Fiorino, RMR, CRR**
111 S. 10th Street, Third Floor
St. Louis, MO 63102
(314) 244-7989
Tax ID: 47-3754402

August 4, 2017

Jana Gibson
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4820

**Invoice Number
RAF 17 165**

**Re:** Golan, et al. v. Veritas Entertainment, LLC, et al.
4:14-CV-00069-ERW
July 31, 2017 Pretrial Hearing

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Expedited | Transcript of proceedings | 134.00 | 4.85 | 649.90 |
| | **Invoice total:** | | | **$649.90** |

Please submit prompt payment to the name and address listed above. THANK YOU!

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

/s/ Reagan A. Fiorino
_____
Signature of Official Court Reporter

I N V O I C E

DATE:  August 16, 2017

FROM:  ALISON GARAGNANI, RMR, CCR, CSR, CRR

Official Court Reporter

Eastern District of Missouri, Southeastern Division

555 Independence Street, Suite 3100

Cape Girardeau, MO 63703

573-331-8832

[Alison_garagnani@moed.uscourts.gov](mailto:Alison_garagnani@moed.uscourts.gov)

TAX ID:  482949051

TO:  Venable, LLP

Attention Jane Gibson

600 Massachusetts Avenue

Washington, D.C. 20001

IN RE:  Ron Golan, et al. v. Veritas Entertainment, LL., et al

Cause No. 4:14CV00069 ERW

Transcripts of afternoon proceedings from

August 9, 10 and 11, 2017

August 9 149 pages, August 10 115 pages and August 11 170 pages

Total 434 pages x 6.05 = $2,625.70

| | UNITED STATES DISTRICT COURT | | |
|---|---|---|---|
| AO44 (Rev. 11/07) | FOR THE EASTERN DISTRICT OF MISSOURI | | |

INVOICE NO: 00001123

**MAKE CHECKS PAYABLE TO:**

Jana Gibson
Venable, LLP
600 Massachusetts Ave., NW
Washington, DC 20001

Phone: (202) 344-4820

Angela K. Daley, RMR, CRR
United States Court Reporter
111 S. Tenth St., 3rd Floor
St. Louis, MO 63102

Phone: (314) 244-7978
FAX    (314) 244-7459
Tax ID: 61-1441854

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 08-07-2017
DATE DELIVERED: 08-14-2017

**Case Style:** 4:14-CV-00069 ERW, Ron Golan, et al. v Veritas Entertainment, et al
Jury Trial Proceedings held on August 7, 2017. (132 pgs., Vol. 1-B)
Jury Trial Proceedings held on August 8, 2017. (134 pgs., Vol. 2-B)
Jury Trial Proceedings held on August 10, 2017. (123 pgs. Vol. 4-A)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 389 | 6.05 | 2,353.45 | | | | | | | 2,353.45 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 2,353.45 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $2,353.45 |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                               DATE

*(All previous editions of this form are cancelled and should be destroyed)*

**Reagan A. Fiorino, RMR, CRR**
111 S. 10th Street, Third Floor
St. Louis, MO 63102
(314) 244-7989
Tax ID: 47-3754402

___

August 16, 2017

Jana Gibson
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4820

| | |
|---|---|
| | **Invoice Number** |
| | **RAF 17 170** |

**Re:** Golan v. Veritas, 4:14-CV-00069-ERW
Jury Trial - Daily Copy

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---:|---:|---:|
| Daily | Volume 6 | 194.00 | 6.05 | 1173.70 |
| Daily | Volume 7 | 121.00 | 6.05 | 732.05 |
| Ordinary | Volume 8 | 16.00 | 3.65 | 58.40 |
| | | | **Invoice total:** | **$1,964.15** |

Please submit prompt payment to the name and address listed above.  THANK YOU!

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

/s/ Reagan A. Fiorino
_____
Signature of Official Court Reporter

# Susan R. Moran, RMR
## Official Court Reporter
## 111 South 10th Street
## St. Louis, MO  63102
## (314) 244-7983

| Bill To |
| --- |
| VENABLE, LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC  20001 |

| Date | Invoice # |
| --- | --- |
| 8/14/2017 | 1082 |

| Description | Amount |
| --- | --- |
| Transcript of Jury Trial:  Vol. 1A, 8/7/17, 98 Pages;<br>Vol. 2A, 8/8/17, 136 Pages; Vol. 3A, 8/9/17, 143 Pages;<br>Vol. 5A, 8/11/17, 138 Pages.<br><br>In the Matter of:<br>Ron Golan and Dorit Golan, et al. vs. Veritas Entertainment, et al.,<br>Cause No. 4:14-CV-69 ERW<br><br>Original, Daily, 515 Pages @ $6.05<br><br>I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States.<br><br>/s/ Susan R. Moran<br>Official Reporter | 3,115.75 |
| Total | $3,115.75 |

SSN# 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