

| | | | | |
|---|---|---|---|---|
| **Bill To:** | | | **Requested By:** | |
| Venable LLP | | | Jana Gibson | |
| Attn: Jana Gibson | | | Venable LLP | |
| 600 Massachusetts Avenue, NW | | | 600 Massachusetts Avenue, NW | |
| Washington, DC 20001 | | | Washington, DC 20001 | |
| USA | | | USA | |

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 115141 | | **Sales Contact:** | Sean Kiley (skiley@transperfect.com) |
| **Invoice Date:** | 07/31/2017 | | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/30/2017 | | | |
| **Contract #:** | DM0120789 | | **Purchase Order #:** | |
| **Case Name:** | Golans Trial Support | | **Matter #:** | Golans v. Veritas |
| **Requested Date:** | 07/18/2017 | | | |

**Project Notes:**

Golans Trial Support - July 2017
Golans v. Veritas

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---:|---|---:|---:|
| **Print 3x_Bind** | | | | |
| File Conversion | 466.00 | Page | 0.030 | 13.98 |
| 3" Ring Binder | 3.00 | Each | 12.000 | 36.00 |
| 1" Ring Binder | 12.00 | Each | 5.000 | 60.00 |
| 4" Ring Binder | 3.00 | Each | 20.000 | 60.00 |
| Custom Tabs | 435.00 | Each | 0.350 | 152.25 |
| Printing Two Sided W/Assembly | 4,992.00 | Page | 0.080 | 399.36 |
| **Golan: Client Copy: Print 1x_Bi** | | | | |
| Tabs | 68.00 | Each | 0.250 | 17.00 |
| 2" Ring Binder | 2.00 | Each | 10.000 | 20.00 |
| Printing | 621.00 | Page | 0.080 | 49.68 |
| **Pretrial Materials Print 3x_Bin** | | | | |
| 2" Ring Binder | 3.00 | Each | 10.000 | 30.00 |
| Printing With Assembly | 1,260.00 | Page | 0.080 | 100.80 |
| Custom Tabs | 78.00 | Each | 0.500 | 39.00 |
| Tabs | 39.00 | Each | 0.250 | 9.75 |

|  |  |
|---|---|
| **Total to Bill This Contract:** | US$987.82 |
| **Tax Amount:** | US$56.85 |
| **Total Amount Due:** | **US$1,044.67** |

**PAYMENT INSTRUCTIONS**

<u>**Please remit payment to:**</u>
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

<u>**Wire Transfer Details:**</u>
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0120789 and Invoice # 115141 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



**Bill To:**
Venable LLP
Attn: Jana Gibson
600 Massachusetts Avenue, NW
Washington, DC 20001
USA

**Requested By:**
Jana Gibson
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
USA

| | |
|---|---|
| **Invoice #:** | 115964 |

| | |
|---|---|
| **Sales Contact:** | Sean Kiley (skiley@transperfect.com) |

| | |
|---|---|
| **Invoice Date:** | 08/12/2017 |

| | |
|---|---|
| **Payment Terms:** | Net 30 |

| | |
|---|---|
| **Invoice Due:** | 09/11/2017 |

| | |
|---|---|
| **Contract #:** | **DM0122007** |

**Purchase Order #:**

| | |
|---|---|
| **Case Name:** | Golans Trial Support |

| | |
|---|---|
| **Requested Date:** | 08/01/2017 |

**Project Notes:**

Golans Trial Support Print x 10
Case: Golans
Requested by Jana Gibson 8/1/2017

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---:|---|---:|---:|
| **Plaintiffs' Trial Exhibits Prin** | | | | |
| Printing Two Sided W/Assembly | 5,400.00 | Page | 0.080 | 432.00 |
| Redwelds | 11.00 | Each | 1.500 | 16.50 |
| File Folders | 259.00 | Each | 0.750 | 194.25 |
| **Plaintiffs' Trial Exhibits (cat** | | | | |
| Printing Two Sided W/Assembly | 740.00 | Page | 0.080 | 59.20 |
| Redwelds | 8.00 | Each | 1.500 | 12.00 |
| File Folders | 138.00 | Each | 0.750 | 103.50 |

| | |
|---:|---:|
| **Total to Bill This Contract:** | US$817.45 |
| **Tax Amount:** | US$47.02 |
| **Total Amount Due:** | **US$864.47** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

## PAYMENT INSTRUCTIONS

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

**Wire Transfer Details:**
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0122007 and Invoice # 115964 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.