

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 177516 | 7/18/2017 | 150661 |
| Job Date | Case No. | |
| 6/30/2017 | | |

| Case Name |
|---|
| Transcription Services |

| Payment Terms |
|---|
| Due upon receipt |

Jana Gibson
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC  20001

TRANSCRIPTION WITH INDEX OF:
    CBS 12 News Survey Recording
TRANSCRIPTION WITH INDEX OF:
    Huckabee-Golan Recording
TRANSCRIPTION WITH INDEX OF:
    Last Ounce of Courage Recording
        Transcript Minimum     150.00
        Synchronization     50.00

**TOTAL DUE >>>**    **$200.00**
AFTER 8/17/2017  PAY  $210.00

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

---

Jana Gibson
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC  20001

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Invoice No. | : | 177516 |
| Invoice Date | : | 7/18/2017 |
| **Total Due** | : | **$200.00** |
| AFTER 8/17/2017  PAY  $210.00 | | |
| Job No. | : | 150661 |
| BU ID | : | 32-AUDTR |
| Case No. | : | |
| Case Name | : | Transcription Services |



VENABLE LLP

August 3, 2017

Invoice No. 1888605
Jacobs, Ronald M.
Client.Matter: 127401.361577
Defense of Class Action

PRIVILEGED

**DISBURSEMENTS**

| Date | Activity | Amount |
|---|---|---|
| 06/29/17 | PRIVILEGED | |
| 06/29/17 | | |
| 07/11/17 | | |
| 07/12/17 | | |



VENABLE LLP

| | |
|---|---|
| August 3, 2017 | Invoice No. 1888605<br>Jacobs, Ronald M.<br>Client.Matter: 127401.361577<br>Defense of Class Action |

| Date | Activity | Amount |
|---|---|---|
| 07/14/17 | [redacted] | [redacted] |
| 07/14/17 | | |
| 07/17/17 | PRIVILEGED | |
| 07/18/17 | | |
| 07/19/17 | | |
| 07/20/17 | Internal Reproduction Costs – Jana Gibson - 4274 B&W Copies @.10 | 427.40 |
| 07/21/17 | [redacted] | [redacted] |
| 07/21/17 | | |
| 07/21/17 | PRIVILEGED | |
| 07/21/17 | | |
| 07/21/17 | | |
| 07/26/17 | Internal Reproduction Costs – Jana Gibson - 2971 B&W Copies @.10 | 291.70 |
| 07/27/17 | [redacted] | [redacted] |
| 07/28/17 | | |
| 07/28/17 | | |
| 07/28/17 | | |
| 07/28/17 | PRIVILEGED | |
| 07/30/17 | | |
| 07/30/17 | | |
| 07/30/17 | | |
| 07/31/17 | | |
| 07/31/17 | | |
| 07/31/17 | | |

**Total Disbursements** [redacted]



**Remittance Copy**

August 03, 2017

Dr. James Leininger
Todd Thetford
115 N Loop 1604 E
Suite 2207
San Antonio, TX 78232

**INVOICE SUMMARY**

Client/Matter No. 127401.361577          Invoice No. 1888605
Jacobs, Ronald M.

Services rendered for the period through 07/31/17 in connection with Defense of Class Action

**PRIVILEGED**

Payor: 127401 / Dr. James Leininger

INVOICES ARE PAYABLE UPON RECEIPT
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

| **Payment By Check** | **US Wire Transfers/ACH** | **Bank Address** | **International Wires** | **Federal ID: 52-0517250** |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2805 |
| | ACH ABA No.: 054000030 | | | |



21515 Hawthorne Boulevard   Suite 720   Torrance, CA 90503   T: 310.618.9600   F: 310.618.1122

Sent Via Email

Date: 09/07/17
Invoice #: 82585

Mr. W. Todd Thetford
115 North Loop
1604 East, Ste. 2207
San Antonio, TX 78232
toddt@mcmi-sa.com;shanonc@mcmi-sa.com; JBNemeroff@Venable.com

Re: Golan, et al. v. Veritas Entertainment, LLC, et al.

**Confidential and Privileged Attorney Work Product**

Dear Mr. Thetford:

Thank you for your continued confidence in DecisionQuest.

Enclosed is an invoice for the above mentioned matter. Should you have any questions regarding this invoice, do not hesitate to contact us at (310) 618-9600.

Please forward your payment to:
    DecisionQuest, Inc.
    ATTN: Accounts Receivable
    21515 Hawthorne Blvd. Ste 720
    Torrance, CA 90503-6604

or you may wire your payment to:
    DecisionQuest, Inc.
    c/o COMERICA BANK
    Account #189439-5282
    Routing #121137522

Sincerely,

*Nicole Khoshnoud* (signature)

Nicole Khoshnoud
Vice President - Accounting

Page 1 of 5



21515 Hawthorne Boulevard   Suite 720   Torrance, CA 90503   T: 310.618.9600   F: 310.618.1122

**Please remit payment to:** DecisionQuest, Inc.   Attn: Accounts Receivable   21515 Hawthorne Blvd, Ste. 720, Torrance, CA 90503-6604

Sent Via Email

Mr. W. Todd Thetford
115 North Loop
1604 East, Ste. 2207
San Antonio, TX 78232
toddt@mcmi-sa.com;shanonc@mcmi-sa.com; JBNemeroff@Venable.com

Invoice Date: 07-SEP-17
Invoice #: 82585
DQ Case #: 11609CN/G
Org #: DQ NY Graphics

Case Name: Golan, et al. v. Veritas Entertainment, LLC, et al.

## Detailed Charges
### Confidential and Privileged Attorney Work Product

| Date | Expnd Type | Employee/Supplier | Description | Hours | UOM | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|
| **Professional Consulting Fees** | | | | | | | |
| 23-JUN-17 | Professional Labor | Mumm-Rossi, Gayle L | Document review & preparation, Start review of case materials | 1.50 | Hours | 400.00 | $600.00 |
| 26-JUN-17 | Professional Labor | Mumm-Rossi, Gayle L | Document review & preparation, Review case materials; write up graphics ideas | 2.00 | Hours | 400.00 | $800.00 |
| 27-JUN-17 | Professional Labor | Mumm-Rossi, Gayle L | Document review & preparation, Review case materials; write up graphics ideas | 2.50 | Hours | 400.00 | $1,000.00 |
| 28-JUN-17 | Professional Labor | Mumm-Rossi, Gayle L | Document review & preparation, Review case materials; write up graphics ideas | 1.00 | Hours | 400.00 | $400.00 |
| 29-JUN-17 | Professional Labor | Mumm-Rossi, Gayle L | Document review & preparation, Review case materials; write up graphics ideas | 1.00 | Hours | 400.00 | $400.00 |
| 30-JUN-17 | Professional Labor | Mumm-Rossi, Gayle L | Document review & preparation, Review case materials; write up graphics ideas | 1.50 | Hours | 400.00 | $600.00 |
| 30-JUN-17 | Professional Labor | Mumm-Rossi, Gayle L | Teleconference call with Ari Rothman and Brian Schwalb | 1.00 | Hours | 400.00 | $400.00 |
| 03-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Develop first round of drafts; send to trial team | 2.00 | Hours | 400.00 | $800.00 |
| 05-JUL-17 | Professional Labor | Winfrey, Daniel J. | Computer graphic design & layout, Bar chart revisions for 004 | 1.00 | Hours | 200.00 | $200.00 |

**Federal ID #95-4556077**
**This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.**

ATLANTA * BOSTON * CHICAGO * HOUSTON * LOS ANGELES * MINNEAPOLIS * NEW YORK * PHILADELPHIA * STATE COLLEGE * WASHINGTON, D.C.
WWW.DECISIONQUEST.COM



21515 Hawthorne Boulevard   Suite 720   Torrance, CA 90503   T: 310.618.9600   F: 310.618.1122

**Please remit payment to:** DecisionQuest, Inc.    Attn: Accounts Receivable    21515 Hawthorne Blvd, Ste. 720, Torrance, CA 90503-6604

Case Name: Golan, et al. v. Veritas Entertainment, LLC, et al.

## Detailed Charges
### Confidential and Privileged Attorney Work Product

| Date | Expnd Type | Employee/Supplier | Description | Hours UOM | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|
| 05-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Develop first round of drafts; send to trial team | 2.50 Hours | 400.00 | $1,000.00 |
| 06-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 005 - slide concepts | 2.00 Hours | 200.00 | $400.00 |
| 06-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Develop first round of drafts; send to trial team | 3.00 Hours | 400.00 | $1,200.00 |
| 06-JUL-17 | Professional Labor | Messinger, Lorrie | Graphics consulting, concepts for timeline, **Privileged** | 1.00 Hours | 425.00 | $425.00 |
| 07-JUL-17 | Professional Labor | Winfrey, Daniel J. | Computer graphic design & layout, Chart revisions for 009 | 1.00 Hours | 200.00 | $200.00 |
| 07-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, Edits for 002, 008, 010/animation, illustration | 6.00 Hours | 200.00 | $1,200.00 |
| 07-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Develop first round of drafts; send to trial team | 4.00 Hours | 400.00 | $1,600.00 |
| 12-JUL-17 | Professional Labor | Dobles, William | Computer graphic design & layout, Convert movie trailer video, insert into PPT 11609 template | 1.00 Hours | 200.00 | $200.00 |
| 12-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 006 - audio editing, formatting and animation | 3.00 Hours | 200.00 | $600.00 |
| 12-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Develop slides | 1.00 Hours | 400.00 | $400.00 |
| 13-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 006 - audio editing, formatting and animation | 3.00 Hours | 200.00 | $600.00 |
| 13-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Develop slides | 1.00 Hours | 400.00 | $400.00 |
| 18-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 001 - new art, concepts, animation showing **Privileged** | 2.00 Hours | 200.00 | $400.00 |

**Federal ID #95-4556077**
**This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.**



21515 Hawthorne Boulevard  Suite 720  Torrance, CA 90503  T: 310.618.9600  F: 310.618.1122

**Please remit payment to:** DecisionQuest, Inc.   Attn: Accounts Receivable   21515 Hawthorne Blvd, Ste. 720, Torrance, CA 90503-6604

Case Name: Golan, et al. v. Veritas Entertainment, LLC, et al.

## Detailed Charges
### Confidential and Privileged Attorney Work Product

| Date | Expnd Type | Employee/Supplier | Description | Hours UOM | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|
| 18-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Edits to slides | 2.00 Hours | 400.00 | $800.00 |
| 18-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Teleconference Gotomeeting with Venable team re edits to slides | 1.50 Hours | 400.00 | $600.00 |
| 19-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 001 - new art, concepts, animation showing **Privileged** | 3.50 Hours | 200.00 | $700.00 |
| 19-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 008 - additional content, reanimation | 1.00 Hours | 200.00 | $200.00 |
| 19-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Edits to slides | 2.50 Hours | 400.00 | $1,000.00 |
| 19-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Teleconference call with Brian Schwalb re timelines | .50 Hours | 400.00 | $200.00 |
| 20-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 008 - additional content, reanimation | 3.50 Hours | 200.00 | $700.00 |
| 20-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 012 - timeline formatting | 2.50 Hours | 200.00 | $500.00 |
| 20-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Edits to slides | 2.00 Hours | 400.00 | $800.00 |
| 21-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 003, 013, 006, 004, 014 - ongoing graphic edits/animation | 8.00 Hours | 200.00 | $1,600.00 |
| 21-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Edits to slides | 3.00 Hours | 400.00 | $1,200.00 |
| 21-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Teleconference call with Justin Nemeroff | .50 Hours | 400.00 | $200.00 |
| 24-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 012, 004 - **Privileged** | 2.00 Hours | 200.00 | $400.00 |
| 24-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Ongoing graphics edits | 2.00 Hours | 400.00 | $800.00 |
| 25-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 012, 004 - **Privileged** | 6.00 Hours | 200.00 | $1,200.00 |

**Federal ID #95-4556077**
**This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.**

ATLANTA * BOSTON * CHICAGO * HOUSTON * LOS ANGELES * MINNEAPOLIS * NEW YORK * PHILADELPHIA * STATE COLLEGE * WASHINGTON, D.C.
WWW.DECISIONQUEST.COM



21515 Hawthorne Boulevard   Suite 720   Torrance, CA 90503   T: 310.618.9600   F: 310.618.1122

**Please remit payment to:** DecisionQuest, Inc.    Attn: Accounts Receivable    21515 Hawthorne Blvd, Ste. 720, Torrance, CA 90503-6604

Case Name: Golan, et al. v. Veritas Entertainment, LLC, et al.

**Detailed Charges**
**Confidential and Privileged Attorney Work Product**

| Date | Expnd Type | Employee/Supplier | Description | Hours | UOM | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|
| 25-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Ongoing graphics edits | 2.00 | Hours | 400.00 | $800.00 |
| 27-JUL-17 | Professional Labor | Kowalski, Rosemarie | Computer graphic design & layout, 11609-009-v5 Privileged | 1.00 | Hours | 200.00 | $200.00 |
| 27-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 001, 005 - new animation, reformatting, continued edits | 1.00 | Hours | 200.00 | $200.00 |
| 27-JUL-17 | Professional Labor | Dobles, William | Computer graphic design & layout, exh 003 Control chart | .50 | Hours | 200.00 | $100.00 |
| 27-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Ongoing graphics edits | 1.50 | Hours | 400.00 | $600.00 |
| 27-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Teleconference call with trial team | 1.50 | Hours | 400.00 | $600.00 |
| 28-JUL-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 001, 005 - new animation, reformatting, continued edits | 7.00 | Hours | 200.00 | $1,400.00 |
| 28-JUL-17 | Professional Labor | Dobles, William | Computer graphic design & layout, exh 015 Steps | .50 | Hours | 200.00 | $100.00 |
| 28-JUL-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Ongoing graphics edits | 1.50 | Hours | 400.00 | $600.00 |
| 01-AUG-17 | Professional Labor | Dobles, William | Computer graphic design & layout, Edits to exh 003, 012 | 1.00 | Hours | 200.00 | $200.00 |
| 01-AUG-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 004 - Privileged | 3.50 | Hours | 200.00 | $700.00 |
| 01-AUG-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 008 - 11345-006 Privileged | 2.00 | Hours | 200.00 | $400.00 |
| 01-AUG-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 016 - Privileged | 1.50 | Hours | 200.00 | $300.00 |
| 01-AUG-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Privileged | 1.50 | Hours | 400.00 | $600.00 |
| 01-AUG-17 | Professional Labor | Mumm-Rossi, Gayle L | Teleconference call with Brian Schwalb | .50 | Hours | 400.00 | $200.00 |

**Federal ID #95-4556077**
**This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.**

ATLANTA * BOSTON * CHICAGO * HOUSTON * LOS ANGELES * MINNEAPOLIS * NEW YORK * PHILADELPHIA * STATE COLLEGE * WASHINGTON, D.C.
WWW.DECISIONQUEST.COM



21515 Hawthorne Boulevard   Suite 720   Torrance, CA 90503   T: 310.618.9600   F: 310.618.1122

**Please remit payment to:** DecisionQuest, Inc.    Attn: Accounts Receivable    21515 Hawthorne Blvd, Ste. 720, Torrance, CA 90503-6604

Case Name: Golan, et al. v. Veritas Entertainment, LLC, et al.

## Detailed Charges
### Confidential and Privileged Attorney Work Product

| Date | Expnd Type | Employee/Supplier | Description | Hours | UOM | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|
| 02-AUG-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 004 - ███ Privileged | 2.50 | Hours | 200.00 | $500.00 |
| 02-AUG-17 | Professional Labor | Balay, Erik | Computer graphic design & layout, exh 006 - audio recordings/new calculations, audio, animation | 1.50 | Hours | 200.00 | $300.00 |
| 02-AUG-17 | Professional Labor | Mumm-Rossi, Gayle L | Graphics consulting, Agency slide ███ Privileged | .50 | Hours | 400.00 | $200.00 |
| **Total Professional Consulting Fees** | | | | 115.50 | | | $32,725.00 |

| | |
|---|---|
| **Total Due and Payable - This Invoice:** | **$32,725.00** |

Federal ID #95-4556077
This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.

ATLANTA * BOSTON * CHICAGO * HOUSTON * LOS ANGELES * MINNEAPOLIS * NEW YORK * PHILADELPHIA * STATE COLLEGE * WASHINGTON, D.C.
WWW.DECISIONQUEST.COM