**Reagan A. Fiorino, RMR, CRR**
111 S. 10th Street, Third Floor
St. Louis, MO 63102
(314) 244-7989
Tax ID: 47-3754402

August 4, 2017

Melanie Cummins
Spencer Fane, LLP
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 333-3810

| Invoice Number |
|---|
| RAF 17 167 |

**Re:** Golan, et al. v. Veritas Entertainment, LLC, et al.
4:14-CV-00069-ERW
July 31, 2017 Pretrial Conference

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| First Copy | Transcript of Proceedings | 134.00 | 0.90 | 120.60 |
| | **Invoice total:** | | | **$120.60** |

Please submit prompt payment to the name and address listed above. THANK YOU!

* * * * * * * * * * * * * * * * * * *

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

/s/ Reagan A. Fiorino
_____
Signature of Official Court Reporter

EXHIBIT B

**Susan R. Moran, RMR**
Official Court Reporter
111 South 10th Street
St. Louis, MO 63102
(314) 244-7983

| Bill To |
|---|
| SPENCER FANE, LLP<br>1 North Brentwood Boulevard<br>Suite 1000<br>St. Louis, MO 63105 |

| Date | Invoice # |
|---|---|
| 8/14/2017 | 1084 |

| Description | Amount |
|---|---|
| Transcript of Jury Trial: Vol. 1A, 8/7/17, 98 Pages; Vol. 2A, 8/8/17, 136 Pages; Vol. 3A, 8/9/17, 143 Pages; Vol. 5A, 8/11/17, 138 Pages.<br><br>In the Matter of:<br>Ron Golan and Dorit Golan, et al. vs. Veritas Entertainment, et al., Cause No. 4:14-CV-69 ERW<br><br>Copy, Daily, 515 Pages @ $1.20 | 618.00 |
| I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States.<br><br>/s/ Susan R. Moran<br>Official Reporter | |

| | Total | $618.00 |
|---|---|---|

SSN# 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

**Reagan A. Fiorino, RMR, CRR**
111 S. 10th Street, Third Floor
St. Louis, MO 63102
(314) 244-7989
Tax ID: 47-3754402

August 16, 2017

Melanie Cummins
Spencer Fane, LLP
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 333-3810

| | |
|---|---|
| **Invoice Number** | |
| **RAF 17 172** | |

**Re:** Golan v. Veritas, 4:14-CV-00069-ERW
Jury Trial - Daily Copy

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Daily Copy | Volume 6 | 194.00 | 1.20 | 232.80 |
| Daily Copy | Volume 7 | 121.00 | 1.20 | 145.20 |
| First Copy | Volume 8 | 1.00 | 16.00 | 16.00 |
| | | **Invoice total:** | | **$394.00** |

Please submit prompt payment to the name and address listed above! THANK YOU!

* * * * * * * * * * * * * * * * * * *

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

/s/ Reagan A. Fiorino

_____
Signature of Official Court Reporter

| | | |
|---|---|---|
| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI | |

INVOICE NO: 00001125

**MAKE CHECKS PAYABLE TO:**

Melanie Cummins
Spencer and Fane, LLP
One N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105

Phone: (314) 863-7733

Angela K. Daley, RMR, CRR
United States Court Reporter
111 S. Tenth St., 3rd Floor
St. Louis, MO 63102

Phone: (314) 244-7978
FAX: (314) 244-7459
Tax ID: 61-1441854

[X] CRIMINAL  [ ] CIVIL

DATE ORDERED: 08-07-2017
DATE DELIVERED: 08-14-2017

**Case Style:** 4:14-CV-00069 ERW, Ron Golan, et al. v Veritas Entertainment, et al.
Jury Trial Proceedings held on August 7, 2017. (132 pgs., Vol. 1-B)
Jury Trial Proceedings held on August 8, 2017. (134 pgs., Vol. 2-B)
Jury Trial Proceedings held on August 10, 2017. (123 pgs. Vol. 4-A)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 389 | 1.20 | 466.80 | | | | 466.80 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 466.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $466.80 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: 	DATE:

*(All previous editions of this form are cancelled and should be destroyed)*

**Susan R. Moran, RMR**
**Official Court Reporter**
**111 South 10th Street**
**St. Louis, MO 63102**
**(314) 244-7983**

| Bill To |
|---|
| SPENCER FANE, LLP |
| 1 North Brentwood Boulevard |
| Suite 1000 |
| St. Louis, MO 63105 |

| Date | Invoice # |
|---|---|
| 8/14/2017 | 1084 |

| Description | Amount |
|---|---|
| Transcript of Jury Trial: Vol. 1A, 8/7/17, 98 Pages; Vol. 2A, 8/8/17, 136 Pages; Vol. 3A, 8/9/17, 143 Pages; Vol. 5A, 8/11/17, 138 Pages. | |
| In the Matter of: Ron Golan and Dorit Golan, et al. vs. Veritas Entertainment, et al., Cause No. 4:14-CV-69 ERW | |
| Copy, Daily, 515 Pages @ $1.20 | 618.00 |
| I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States. | |
| /s/ Susan R. Moran Official Reporter | |

SSN# 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

**Total** $618.00

INVOICE

DATE: August 16, 2017

FROM: ALISON GARAGNANI, RMR, CCR, CSR, CRR

Official Court Reporter

Eastern District of Missouri, Southeastern Division

555 Independence Street, Suite 3100

Cape Girardeau, MO 63703

573-331-8832

Alison_garagnani@moed.uscourts.gov

TAX ID: 482949051

TO: Spencer Fane, LLP

Attention Melanie Cummins

1 North Brentwood Blvd., Suite 1000

St. Louis, MO 63105

IN RE: Ron Golan, et al. v. Veritas Entertainment, LL., et al

Cause No. 4:14CV00069 ERW

Transcripts of afternoon proceedings from

August 9, 10 and 11, 2017

August 9 149 pages, August 10 115 pages and August 11 170 pages

Total 434 pages x 1.20 = $520.80



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 449994 | 6/15/2017 | 314129 |
| Job Date | Case No. | |
| 1/10/2017 | 4:14-CV-0069-ERW | |
| Case Name | | |
| Ron Golan, et al vs. Veritas Entertainment, LLC, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Eric Block
Spencer Fane Britt & Browne LLP
1 North Brentwood Blvd.
Suite 1000
Saint Louis, MO  63105

Charges for Copy of Video Services for the Deposition of:
    Dr. James Leininger     315.00

TOTAL DUE >>>  $315.00

***** WE, AT DEPOTEXAS, HAVE CHANGED OUR NAME TO LEXITAS...THE SAME AMAZING PROFESSIONAL STAFF WITH THE SAME OUTSTANDING SERVICES. THIS CHANGE DOES NOT AFFECT OUR TAX-ID INFORMATION.
PLEASE VISIT US at www.Lexitaslegal.com *****

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.
WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Eric Block
Spencer Fane Britt & Browne LLP
1 North Brentwood Blvd.
Suite 1000
Saint Louis, MO  63105

Job No.     : 314129         BU ID      : SAT-DT-V
Case No.    : 4:14-CV-0069-ERW
Case Name   : Ron Golan, et al vs. Veritas Entertainment, LLC, et al
Invoice No. : 449994         Invoice Date : 6/15/2017
**Total Due : $ 315.00**

Remit To:  **Lexitas (formerly DepoTexas, Inc.)**
          P.O. Box 4227
          Houston, TX  77210-4227

**PAYMENT WITH CREDIT CARD**  AMEX  VISA
Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



**(314) 241-6750   800-878-6750**
Fax (314) 241-5070

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86406 | 10/26/2016 | 73036 |
| Job Date | Case No. | |
| 10/20/2016 | 4:14-CV-00069 | |
| Case Name | | |
| Ron Golan and Dorit Golan, et al. vs. Veritas Entertainment, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Ari N. Rothman
Venable, LLP
575 Seventh Street, NW
Washington DC  20004

Deposition of
   Dorit Golan     173.65
      Attendance of Reporter    1.00    @    60.00    60.00
      Reporter- Certification    1.00   Witness   @   5.00    5.00
      Condensed Transcript (4 per page) w/word index    1.00   File(s)
      Exhibits b/w PDF    25.00 Pages   @   0.50    12.50
(TAXABLE  $226.15)

**TOTAL DUE  >>>**     **$251.15**

PAYMENT IS DUE UPON RECEIPT.  **PLEASE NOTE NEW REMITTANCE ADDRESS***
THANK YOU!

**Tax ID:** 43-1371211                                     Phone: 202.344.4220    Fax:

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 Seventh Street, NW
Washington DC  20004

Job No.     : 73036      BU ID      :GorePerry
Case No.    : 4:14-CV-00069
Case Name   : Ron Golan and Dorit Golan, et al. vs. Veritas Entertainment, LLC, et al.
Invoice No. : 86406      Invoice Date :10/26/2016
**Total Due  : $ 251.15**

Remit To:  **Gore Perry Reporting & Video**
           **Attn:  Accounts Receivable**
           **P.O. Box 420247**
           **Atlanta GA  30342**

| PAYMENT WITH CREDIT CARD | MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



(314) 241-6750  800-878-6750
Fax (314) 241-5070

Ari N. Rothman
Venable, LLP
575 Seventh Street, NW
Washington DC  20004

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86411 | 10/26/2016 | 73037 |
| Job Date | Case No. | |
| 10/21/2016 | 4:14-CV-00069 | |
| Case Name | | |
| Ron Golan and Dorit Golan, et al. vs. Veritas Entertainment, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Deposition of
  Ron Golan                                                                 359.95
    Attendance of Reporter            1.00            @    87.50      87.50
    Reporter- Certification           1.00  Witness   @     5.00       5.00
    Condensed Transcript (4 per page) w/word index   1.00  File(s)
    Exhibits b/w PDF                286.00  Pages     @     0.50     143.00
    UPS GROUND                        1.00  Package   @    15.00      15.00
  (TAXABLE  $570.45)

                                          TOTAL DUE >>>              $610.45

PAYMENT IS DUE UPON RECEIPT.  **PLEASE NOTE NEW REMITTANCE ADDRESS***
                              THANK YOU!

Tax ID: 43-1371211                                              Phone: 202.344.4220   Fax:

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 Seventh Street, NW
Washington DC  20004

Job No.      : 73037           BU ID        : GorePerry
Case No.     : 4:14-CV-00069
Case Name    : Ron Golan and Dorit Golan, et al. vs. Veritas
               Entertainment, LLC, et al.
Invoice No.  : 86411           Invoice Date : 10/26/2016
**Total Due  : $ 610.45**

Remit To:  **Gore Perry Reporting & Video**
           **Attn: Accounts Receivable**
           **P.O. Box 420247**
           **Atlanta GA  30342**

| PAYMENT WITH CREDIT CARD | MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

| | | |
|---|---|---|
| **DepoTexas**<br>100 NE Loop 410, Suite 955<br>San Antonio, TX 78216<br>Phone:210-481-7575 Fax:210-481-5252 | | # INVOICE |

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 431922 | 1/19/2017 | 313773 |
| **Job Date** | **Case No.** | |
| 1/10/2017 | 4:14-CV-0069-ERW | |
| **Case Name** | | |
| Ron Golan, et al vs. Veritas Entertainment, LLC, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC 20004-1601

1 COPY OF TRANSCRIPT OF:
   James Leininger, M.D.
                                                  436.05

**TOTAL DUE >>>**     **$436.05**

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC 20004-1601

Job No. : 313773    BU ID : SAT-DT-R
Case No. : 4:14-CV-0069-ERW
Case Name : Ron Golan, et al vs. Veritas Entertainment, LLC, et al
Invoice No. : 431922    Invoice Date : 1/19/2017
**Total Due : $ 436.05**

Remit To: **DepoTexas, Inc.**
          **P.O. Box 4227**
          **Houston, TX 77210-4227**

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

DepoTexas
100 NE Loop 410, Suite 955
San Antonio, TX 78216
Phone: 210-481-7575  Fax: 210-481-5252

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 431986 | 1/19/2017 | 313774 |
| Job Date | Case No. | |
| 1/11/2017 | 4:14-CV-0069-ERW | |
| Case Name | | |
| Ron Golan, et al vs. Veritas Entertainment, LLC, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC  20004-1601

1 COPY OF TRANSCRIPT OF:
  W. Todd Thetford - Corporate Representative of Courage 2012, LLC          272.24

                                                    TOTAL DUE >>>     $272.24

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC  20004-1601

Job No.      : 313774        BU ID       : SAT-DT-R
Case No.     : 4:14-CV-0069-ERW
Case Name    : Ron Golan, et al vs. Veritas Entertainment, LLC, et al
Invoice No.  : 431986        Invoice Date : 1/19/2017
Total Due    : $ 272.24

Remit To: DepoTexas, Inc.
          P.O. Box 4227
          Houston, TX  77210-4227

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

| | | |
|---|---|---|
| **Invoice No.** | **Invoice Date** | **Job No.** |
| 432004 | 1/19/2017 | 313911 |
| **Job Date** | **Case No.** | |
| 1/11/2017 | 4:14-CV-0069-ERW | |
| **Case Name** | | |
| Ron Golan, et al vs. Veritas Entertainment, LLC, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

# INVOICE

DepoTexas
100 NE Loop 410, Suite 955
San Antonio, TX 78216
Phone:210-481-7575  Fax:210-481-5252

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC 20004-1601

1 COPY OF TRANSCRIPT OF:

   Thomas W. Lyles, Jr. - Corporate Representative of Mission City Management, Inc.     224.19

**TOTAL DUE >>>**     **$224.19**

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Ari N. Rothman
Venable, LLP
575 7th Street, NW
Washington, DC 20004-1601

Job No.      : 313911      BU ID      : SAT-DT-R
Case No.     : 4:14-CV-0069-ERW
Case Name    : Ron Golan, et al vs. Veritas Entertainment, LLC, et al
Invoice No.  : 432004      Invoice Date : 1/19/2017
**Total Due  : $ 224.19**

Remit To: DepoTexas, Inc.
          P.O. Box 4227
          Houston, TX 77210-4227

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: