# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RON GOLAN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14CV00069 ERW |
| ) | |
| VERITAS ENTERTAINMENT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED JUDGMENT

In accordance with the oral motions granted on August 14, 2017, and August 16, 2017, the jury's verdict on August 16, 2017, and the Memorandum & Order issued on September 7, 2017,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is **GRANTED**, in favor of Plaintiffs, against AIC Communications, LLC, and FreeEats.com, Inc.

**IT IS FURTHER ORDERED** that all claims against Defendants Gabriel Joseph, III, Stephen Wayne Griffin, Veritas Marketing Group, LLC, Courage 2012, LLC, and James R. Leininger are **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiffs shall be awarded damages in the amount of $32,424,930.00 against Defendants AIC Communications, LLC, and FreeEats.com, Inc.

Dated this 11th Day of September, 2017.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE